

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00064-CV

| | | |
|---|---|---|
| JACKIE M. MERITT, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF BOBBY JOE MERITT, Appellant | § § | On Appeal from the Probate Court of Denton County (PR-2016-00404-01) |
| v. | § | March 31, 2022 |
| MERITT BUFFALO EVENTS, LLC; XERNIE MERITT; TEXAS FARM CREDIT SERVICES, FLCA; SANGER BANK; AND BRITTANY WEAVER, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack